June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEMETRIOS (JIM) ALEXOPOULOS AND PANGIOTA MITSAKOS, CO-ADMINISTRATORS OF THE ESTATE OF THEODORE MITSAKOS,
Appellants

NO. 14-14-00110-CV                    V.

JOSEPH M. PHILLIPS, Appellee
_____

       Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that each party shall pay its costs by reason of this appeal.

       We further order that mandate be issued immediately.

       We further order this decision certified below for observance.